

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 25, 2020

**BY EMAIL**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

### Re: United States v. Stewart Barnwell, et al., 20 Cr. 445 (KMK)

Dear Judge Karas:

The status conference in the above-referenced case, previously scheduled for December 2, 2020, has been adjourned to December 8, 2020, due to scheduling protocols in place to permit telephonic proceedings during the COVID-19 pandemic.

In view of the adjournment, the Government respectfully requests that the Court exclude time from December 2, 2020, through December 8, 2020, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial, because it would permit the defendants and defense counsel to continue reviewing the discovery, and consider any motions thereon, and will allow the parties to discuss the possible disposition of the case without the need for trial.

Defense counsel consent to the proposed exclusion of time.

For the reasons stated herein, time is excluded until
12/8/20, because the interests of justice from this
exclusion outweigh Defendant's and the public's interest
in a speedy trial.  See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

11/25/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: 

Lindsey Keenan / Derek Wikstrom
Assistant United States Attorneys
(914) 993-1907 /1946

Cc:  Stephen Lewis, Esq. (by email)
James Neuman, Esq. (by email)
Kerry Lawrence, Esq. (by email)