UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

CALEB HOOKER,

                                            Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 445 (KMK) ( )

Defendant __Caleb Hooker_____ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ Caleb Hooker by JCM on consent
_____
**Defendant's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

____Caleb Hooker_____
**Print Defendant's Name**

_[signature]_
_____
**Defendant's Counsel's Signature**

____Richard D. Willstatter_____
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

__3/23/2021_____
Date

_Judith C. McCarthy_ _____
U.S. District Judge/U.S. Magistrate Judge