Case 7:20-cr-00445-KMK Document 129 Filed 08/21/26 Page 1 of 1

Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

August 21, 2026

Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Caleb Hooker
20 Cr. 445 (KMK)

Dear Judge Karas:

Probation says Mr. Hooker can bring the charger for ankle monitor with him, so the motion for reconsideration (Dkt. 128) is withdrawn.

Granted. The Clerk is respectfully directed to terminate the Motion for Reconsideration (Doc. # 128).

So Ordered.

8/21/26

Very truly yours,

/s/ Richard Willstatter
RICHARD D. WILLSTATTER

cc: SUSPO Elisha Rivera
(By email)