Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

November 17, 2026

Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Caleb Hooker
20 Cr. 445 (KMK)

Dear Judge Karas:

This is an unopposed application to terminate location monitoring or EM for Mr. Hooker. The Court previously ordered monitoring to facilitate Mr. Hooker's travel in connection with employment. That job has ended. USPO Michael Melaika does not object to the removal of EM. We understand that previous restrictions on travel outside the district without permission from Probation will remain in effect.

With that understanding, the government says they do not object.

Very truly yours,

/s/ Richard Willstatter
RICHARD D. WILLSTATTER

cc: Benjamin Klein
Assistant U.S. Attornet

USPO Michael Melaika
(By email)

Granted.

So Ordered.

11/16/26